UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:23-CR-260-2M

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S MOTION TO** |
| | ) | **CONTINUE ARRAIGNMENT** |
| **CHRISTOPHER C. WORTH,** | ) | |
| **Defendant** | ) | |
| _____ | ) | |

COMES NOW, defendant, Christopher C. Worth, by and through his undersigned counsel of record, and hereby moves this Honorable Court for an Order continuing the arraignment in the above captioned matter currently set for the Court's 28 February 2024 term of court in Wilmington, North Carolina. The undersigned seeks the arraignment be continued to a later term of court based upon the following:

1. Defendant is charged in a multi-count indictment alleging defendant conspired with others to defraud the Wayne County government.

2. The undersigned continues to work in good faith with the government for a non-trial resolution in this matter.

3. Counsel for the government, Mr. Dennis Duffy, Assistant United States Attorney, has been contacted concerning his position as to this motion and does not object to the same.

4. The undersigned respectfully submits the allowance of this motion would serve the ends of justice and such allowance would also outweigh the best interest of the public and the Defendant in a speedy trial.

WHEREFORE, the defendant, by and through his undersigned counsel of record, hereby moves the Court to continue the arraignment to a later term of court.

Respectfully submitted this the 21st day of February, 2024.

*GREENE, WILSON, CROW & SMITH, PA*

/s/ Kelly L. Greene
KELLY L. GREENE
P.O. Box 1676
New Bern, NC 28563
t: (252)634-9400
f: (252)634-3464
kgreene@nctriallawyer.com
N.C. State Bar No.: 26844
**CJA PANEL - APPOINTED**

## CERTIFICATE OF SERVICE

I hereby certify that I this day have served a copy of this pleading upon the other parties to this action electronically as indicated to counsel for said parties, this 21st day of February, 2024.

Dennis Duffy, AUSA (via CM/ECF)

*GREENE, WILSON, CROW & SMITH, PA*

/s/ Kelly L. Greene
KELLY L. GREENE
P.O. Box 1676
New Bern, NC  28563
t: (252)634-9400
f: (252)634-3464
kgreene@nctriallawyer.com
N.C. State Bar No.: 26844
**CJA PANEL - APPOINTED**