**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**NO: 5:23-CR-260-2M**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CHRISTOPHER C. WORTH,** | ) | |
|                **Defendant** | ) | |
| _____ | ) | |

THIS MATTER IS BEFORE THE COURT on Counsel for defendant's Motion to Continue Arraignment, currently scheduled for 28 February 2024;

For good cause shown, it is hereby ORDERED, that this motion is GRANTED. The Arraignment is continued to _____ 2024.

IT IS FURTHER ORDERED, that any delay that results from this continuance is hereby excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. 3161(h)(8)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.

This the _____ day of _____, 2024.

_____
THE HONORABLE RICHARD MYERS, II.
CHIEF UNITED STATES DISTRICT JUDGE
