UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christopher C. Worth            Docket No. 5:23-CR-260-2M

### Petition for Action on Probation

COMES NOW Carlton Timberlake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher C. Worth, who, upon an earlier plea of guilty to Conspiracy to Commit Mail Fraud and Wire Fraud, in violation of 18 U.S.C. §§ 1349, 1341, and 1443, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on November 22, 2024, to 48 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been fully compliant with the conditions of probation for approximately six months. In an effort to recognize the defendant's ongoing compliance, it is recommended that the requirement that the defendant abide by the conditions and terms of the home detention program, and that he be subject to electronic monitoring, be removed. The U.S. Attorney's Office has been contacted, but they have not responded with their position in this matter.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

- The home detention condition be removed.

Reviewed and approved,        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann        /s/ Carlton Timberlake
Melissa K. Lunsmann        Carlton Timberlake
Supervising U.S. Probation Officer        U.S. Probation Officer
       310 New Bern Avenue, Room 610
       Raleigh, NC 27601-1441
       Phone: 919-861-8665
       Executed On: May 15, 2025

### ORDER OF THE COURT

Considered and ordered this 21st day of May, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge